UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT PIKEVILLE

| | |
|---|---|
| MELISSA ASHLEY MOORE )<br> )<br>   PLAINTIFF )<br> )<br>v. )<br> )<br>HIGHLANDS HOSPITAL CORPORATION; )<br> )<br>CONSOLIDATED HEALTH )<br>   SYSTEMS, INC.; )<br> )<br>TERRESA O. BOOHER; )<br> )<br>CATHIE J. KING; AND )<br> )<br>JANE DOE )<br> )<br>   DEFENDANTS ) | **ELECTRONICALLY FILED**<br><br>CASE NO. _____ |

## NOTICE OF REMOVAL

Please take notice that on the 18th day of August, 2011, Defendants, Highlands Hospital Corporation; Consolidated Health Systems, Inc.; Terresa O. Booher; and Cathie J. King, have filed this notice of removal pursuant to 28 U.S.C. § 1446(a), in the office of the Clerk of the United States District Court for the Eastern District of Kentucky.  Defendants show by its undersigned counsel, that:

1. Plaintiff brought an action against Defendants in the Floyd Circuit Court, Floyd County, Kentucky, by filing a Summons and Complaint on or about July 19, 2011.  True copies of the Summonses and Complaints, with attached discovery requests, are attached as Exhibit A.

2. Defendants received notice of all pleadings, through service or otherwise, on July 20, 2011.  No other process, order or pleading in this action has been received to date by Defendant, although Plaintiff served written discovery requests with the Complaint.

3. This Court has original jurisdiction of this action under 28 U.S.C. § 1331, in that this matter arises under the Constitution, laws or treaties of the United States.

4. Plaintiff's claim alleges discrimination because of her participation in union activity and, as such, is a claim involving alleged violations of the National Labor Relations Act, 29 U.S.C. §§ 157 and 158.

5. This matter is removable to this Court pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal is made and filed within 30 days of receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based, as provided by 28 U.S.C. § 1446(b).

PLEASE TAKE FURTHER NOTICE that Defendants, upon filing this Notice of Removal with the Clerk of the U.S. District Court for the Eastern District of Kentucky, have also filed copies of this Notice of Removal with the Clerk of the Floyd Circuit Court, to effect removal of this action to this Court, pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/ C. Laurence Woods III  
lwoods@fbtlaw.com  
William F. Becker  
wbecker@fbtlaw.com  
FROST BROWN TODD LLC  
400 West Market Street, 32nd Floor  
Louisville, KY 40202-3363  
Telephone: (502) 589-5400  
Facsimile: (502) 581-1087  
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Bobby Rowe – bobbyrowelaw@msn.com
Earl M. McGuire – emmlaw@mikerotec.com

                                    /s/ C. Laurence Woods III
                                    Attorney for Defendants

LOULibrary 0106290.0566824   1130239v1