# U.S. District Court Eastern District of Kentucky

## Civil Case Assignment

Case number **7:11-CV-131**

Assigned : Judge Amul R Thapar
Judge Code : 4317

Assigned on 08/18/2011

[Request New Judge]